452 A.2d 51

Eckert v. Majot, Appellant.

Petition for Allowance of Appeal Granted Feb. 3, 1983.

Argued May 19, 1982. Russell F. Daiello, Jr., for appellant; Perry S. Patterson, for appellees.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

---

452 A.2d 51

Katz, Appellant v. Mutual of Omaha.

Argued November 5, 1981. Jeffrey S. Kahn, for appellant; Richard M. Jordan, for appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.